IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
    Plaintiff

    v.                                          Criminal No. 97-190(SEC)

Santiago
L~~UIS~~ MOLINA-ACOSTA
    Defendant

### ORDER

The attached Presentence Investigation Report is to be returned to the U.S. Probation Office.

**SO ORDERED.**

At San Juan, Puerto Rico, this 4th day of May, 2005.

S/AIDA M. DELGADO-COLON
U.S. Magistrate-Judge

**NOTIFIED THROUGH
CM/ECF**