UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**         \*
                                      \*
Vs.                                   \*   97-CR-00190-001 (SEC)
                                      \*
**MOLINA-ACOSTA, SANTIAGO**           \*
                                      \*
-------------------------------------\*

### ORDER

By the Order of the Honorable Salvador E. Casellas, United States District Court Judge, the pre-sentence investigation report is hereby returned to the U.S. Probation Office.

IT IS SO ORDERED.

San Juan, Puerto Rico, this May 20, 2005.

                      **FRANCES RIOS DE MORAN**
                      Clerk of the Court

                      By: Janis Palma
                      Interpreter/Deputy Clerk

---

**ACKNOWLEDGMENT:**

I hereby acknowledge receipt of the
pre-sentence investigation report

on _____

Eustaquio Babilonia
Chief, U.S. Probation Officer

By: _____