# UNITED STATES DISTRICT COURT

_____ Judicial _____ **DISTRICT OF** _____ Puerto Rico _____

**UNITED STATES OF AMERICA**

**V.**

Santiago Molina-Acosta
147 Azucena Street
Barrio Pajáros
Toa Baja   00949
Tel: (787) 251-4802
SSN: ▓▓▓▓▓▓▓

**WARRANT FOR ARREST**

**CRIM. NO. 97-190-02 (SEC)**

RECEIVED & FILED
05 NOV -7 AM 11: 43
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P R

To:   The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest **Santiago Molina-Acosta**
(Name)

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment          [ ] Information          [ ] Complaint

[X] Order of court      [ ] Violation Notice     [X] Probation Violation Petition

charging him with bail violation.

in violation of Title _____ United States Code, Section(s) _____

| Standard Condition No. 1 | failure to obtain permission from the Court or Probation Officer to move to the Dominican Republic |
| Standard Condition No. 2 | failure to report and submit written reports |

**\*\* Hearing on revocation of supervised release will be set once defendant is arrest, brought before a Magistrate-Judge, and a preliminary hearing is held before the Magistrate Judge\*\***

HON. SALVADOR E. CASELLAS
Name of Issuing Officer

U. S. DISTRICT JUDGE
Title of Issuing Officer

_____
Signature of Issuing Officer

October 30, 2000
Date and Location

By SALVADOR E. CASELLAS
Name of Judicial Officer

Bail fixed at $ _____

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME & TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 12-5-00 | INS | By: _____ |

| DATE OF ARREST | | |
|---|---|---|
| 12-2-02 | | |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____ ALIAS: _____

_____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____ PLACE OF BIRTH:

_____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____ _____

_____

_____ FBI NUMBER: _____

_____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____